

Stephanie L. Cesare, Esquire
Attorney I.D. No.: 308102
2 West High Street
Carlisle, Pennsylvania 17013
(717) 249-0900

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO.  23-CR-288(BAH) |
| | : | |
| v. | : | |
| | : | |
| JOSEPH PASTUCCI | : | |
| JEANETTE MANGIA | : | |
| Defendants | : | |

## MOTION TO MODIFY PRE-TRIAL RELEASE

AND NOW, this 6th day of October, 2023, comes the above-named Defendant, Joseph Pastucci, by and through his attorney, Stephanie L. Cesare, Esquire, of Abom & Kutulakis, LLC, and, and files the following Motion to Modify Pre-Trial Release.

1. On April 24, 2023, a Complaint was filed charging the Defendants with violations of the United States Code based on alleged conduct from the Capitol riot from January 6, 2021.

2. On May 2, 2023 Stephanie L. Cesare, Esquire was appointed by the Court to represent Joseph Pastucci.

3. On or about August 23, 2023, an Indictment was filed charging the Defendants with violations of the United States Code based on alleged conduct from the Capitol riot from January 6, 2021.

4. Currently, Defendant Joseph Pastucci is on pre-trial services with Federal Probation.

5. Mr. Pastucci currently lives at 113 Diller Road, New Cumberland, Pennsylvania.

6. As part of Mr. Pastucci's pre-trial release conditions, Mr. Pastucci has been on house arrest with an ankle monitor since July 11, 2023, and has been fully compliant with no violations and/or issues.

7. It is requested at this time since Mr. Pastucci has been fully compliant with all conditions of pre-trial release, that his pre-trial release conditions be amended to remove the house arrest provision from his conditions but continues to include location monitoring as part of his conditions with a curfew.

8. Mr. Pastucci requests permission to leave his home from 6:00 a.m. to 6:00 p.m. for the sole purpose of supplementing his income by performing repair work in the counties of York, Cumberland, Dauphin, Lancaster, and Adams in Pennsylvania.

9. Mr. Pastucci will continue to abide by all other existing conditions of release.

10. The undersigned has contacted United States Attorney McCauley, who has indicated he is not opposed to the granting of the instant request.

11. AUSA McCauley contacted Mr. Pastucci's Pretrial Supervision Officer in the District of Columbia, who confirmed that Pretrial Supervision is also not opposed to the instant request.

**WHEREFORE**, Defendant, Joseph Pastucci respectfully requests this Honorable Court amend the pre-trial release conditions to remove house arrest for the purposes outlined in paragraph 8.

Respectfully submitted,

**ABOM & KUTULAKIS, LLC**

Date: October 6, 2023

_____/s/_____
Stephanie L. Cesare, Esquire
2 West High Street
Carlisle, PA  17013
(717) 249-0900
Attorney ID No. 308102

**CERTIFICATE OF SERVICE**

AND NOW, this 6th day of October, 2023, I, Stephanie L. Cesare, Esquire, of ABOM & KUTULAKIS, L.L.C. hereby certifies that I did serve a true and correct copy of the foregoing Motion to Modify Pre-Trial Release via ECF addressed to the following:

Sean.mccauley@usdoj.gov

Date: October 6, 2023                                    /s/
                                                        Stephanie L. Cesare, Esquire
                                                        2 West High Street
                                                        Carlisle, PA  17013
                                                        (717) 249-0900
                                                        Attorney ID No. 308102

## **CERTIFICATE OF CONCURRENCE**

On the 6th day of October, 2023, counsel sought the concurrence of all interested parties to the attached Motion. Counsel certifies herein that the following concur with this request:

**Sean McCauley, Esquire**

_____/s/_____

Stephanie L. Cesare, Esquire