# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | No. 23-cr-288 (BAH) |
| **JOSEPH PASTUCCI,** | : | |
| | : | |
| **Defendant.** | : | |

## MOTION FOR LEAVE TO FILE
## STIPULATIONS OF FACT FOR BENCH TRIAL

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Joseph Pastucci, by and through his attorney, respectfully inform this court that they have reached an agreed upon stipulation of facts for the above captioned stipulated trial, which is scheduled to proceed on April 26, 2024. This stipulation of fact and accompanying waivers of jury trial have been signed by the parties and are ready to be filed on the docket. Therefore, the parties respectfully request this Court's permission to file the stipulation of facts and accompanying waivers on the docket.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   *s/ Sean P. McCauley*
SEAN P. McCAULEY
Assistant United States Attorney
New York Bar No. 5600523
United States Attorney's Office
For the District of Columbia
601 D Street, NW
Washington, DC 20530
Sean.McCauley@usdoj.gov