UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | No. 23-CR-288 (BAH) |
| | : | |
| **JOSEPH PASTUCCI,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT SUBMISSION REGARDING STIPULATED TRIAL**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Joseph Pastucci, by and through his attorney, file this Joint Submission Regarding Stipulated Trial pursuant to this Court's April 17, 2024, Minute Order. The parties will separately submit estimated Sentencing Guidelines Calculations.

Plea Offer

On November 19, 2023, the government extended a plea offer to pursuant to which the defendant would plead guilty to Counts One and Three of the Indictment, charging violations of 18 U.S.C. § 1512(c)(2), and 2 and 18 U.S.C. § 111(a)(1), respectively. By the terms of this plea, the defendant faced a statutory maximum term of incarceration of twenty years for a violation of 18 U.S.C. § 1512(c)(2), and 2 and eight years for a violation of 18 U.S.C. § 111(a)(1). Also as outlined in the government's plea agreement letter, the defendant's Combined Offense Level would be at least 22, resulting in at least a 41 to 51-month term of incarceration.

This plea offer was set to expire on December 8, 2023. However, following a request from defense counsel, the government extended the expiration date of the plea to January 3, 2024. On January 3, 2024, Mr. Pastucci, through his counsel, informed the government that he was rejecting the plea and was electing to proceed with a stipulated bench trial.

Proposed Procedures for Stipulated Trials

The Court will conduct the defendant's stipulated trail on April 26, 2024. On April 17, 2024, the parties submitted their Joint Statement of Offense. ECF 42-1. This submission sets forth the elements of the offenses alleged against the defendant and provides the facts and evidence on which the government will rely to prove its case beyond a reasonable doubt. The defendant agrees that the information contained in this submission is true and accurate.

Also on April 17, 2024, the parties submitted the Defendant's Agreement and Waiver of Jury Rights. ECF 42-2. It discussed the defendant's acknowledgement of his waiver of various rights and noted that the government has agreed that the stipulated trial will not curtail, abridge, or otherwise affect the defendants right to appeal any conviction under 18 U.S.C. § 1512(c)(2).

At the stipulated trial, the government, unless otherwise directed by the court, intends to read into the record the Joint Statement of Offense and, should the Court request it, show certain video and photographic exhibits. The parties agree that the facts set forth in the Statement of Offense, ECF 42-1at 7-16, as illustrated by the exhibits, establish each and every element of the offenses with which the defendant is charged.

Should the Court find the defendant guilty of the crimes charged, the government requests that the Court direct the Probation Office to prepare a Presentence Investigation Report and set a sentencing date.

Public Release Of Evidence

The parties have conferred regarding the public release of the evidence to admitted in the stipulated trial for this matter. Neither party objects to making publicly available the exhibits identified on the Government's Exhibit List. ECF 46.

\* \* \*

Respectfully submitted,

| | |
|---|---|
| MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 | JOSEPH PASTUCCI<br>Defendant |
| By: *s/ Sean P. McCauley*<br>SEAN P. McCAULEY<br>Assistant United States Attorney<br>New York Bar No. 5600523<br>United States Attorney's Office<br>For the District of Columbia<br>601 D Street, NW<br>Washington, DC 20530<br>Sean.McCauley@usdoj.gov | By: *s/Stephanie L. Cesare*<br>STEPHANIE L. CESARE<br>Attorney for Joseph Pastucci<br>2 West High Street<br>Carlisle, PA 17013<br>(717)249-0900<br>Attorney ID No. 308102 |