UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JOSEPH PASTUCCI**<br><br>    **Defendant.** | **Case No. 23-CR-288 (BAH)** |

## JOINT MOTION TO CONTINUE ABEYANCE

    The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Joseph Pastucci, by and through his attorney request, pursuant to the Court's July 31, 2024, minute order, that this Court continue to hold in abeyance the deadlines set in the Court's July 30, 2024, minute order. The parties have conferred extensively in this case and have agreed to a plea resolution. However, the parties are still resolving the procedural details of that plea. So that the parties have sufficient time to resolve these procedural matters, the parties respectfully request that this Court continue to hold all deadlines in this case in abeyance for two weeks until September 18, 2024.

1

* * *

Respectfully submitted,

|  |  |
|---|---|
| MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052<br><br>By: */s/ Sean P. McCauley*<br>SEAN P. McCAULEY<br>New York Bar No. 5600523<br>Assistant United States Attorney<br>United States Attorney's Office<br>For the District of Columbia<br>601 D Street NW<br>Washington, DC 20530<br>Sean.McCauley@usdoj.gov<br><br>*/s/ Sean J. Brennan*<br>SEAN J. BRENNAN<br>Assistant United States Attorney<br>NY Bar No. 5954128<br>601 D Street NW<br>Washington, DC 20530<br>Sean.Brennan@usdoj.gov<br>(202)252-7125 | JOSEPH PASTUCCI<br><br>By: */s/Stephanie L. Cesare*<br>STEPHANIE L. CESARE<br>Pennsylvania Bar. No. 308102<br>Abom & Kutulakis, LLP<br>2 West High Street<br>Carlisle, PA 17013<br>(717)249-0900<br>slc@abomkutulakis.com |

2