UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 23-CR-288 (BAH) |
| | : | |
| **JEANETTE MANGIA,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

In response to a motion from former defense counsel and the Court's own finding that there is reasonable cause to believe that she may presently be suffering from a mental disease or defect rendering her mentally incompetent, the Court previously ordered that the Defendant, Jeanette Mangia, undergo a psychiatric or psychological examination to determine her competency. ECF No. 70; *see also* ECF No. 91 (Order of Magistrate Judge Harvey). The Defendant has refused to participate in any such examination, including an in-court examination scheduled to occur at at the September 5, 2024, status conference in this case. Because the Court finds that a psychiatric examination and report is necessary to determine whether the Defendant is competent, it is hereby

**ORDERED**, in accordance with the provisions of 18 U.S.C. §§ 4241, 4247(b) that the Defendant is committed to the custody of the Attorney General for placement for a determination of whether she is presently suffering from a mental disease or defect rendering her mentally incompetent to the extent she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense; and it is further

**ORDERED** that a report of that examination shell be filed with the Court pursuant to the provisions of 18 U.S.C. § 4247(c) no later than 45 days after the Defendant's arrival at the

4

designated facility; and it is further

**ORDERED** that counsel for the United States shall file a status report by **September 23, 2024**, updating the Court regarding the designations of a facility and the United States Marshal Service's efforts to transport the Defendant to that facility.

**SO ORDERED**.

Dated: September 7, 2024

_____
HON. BERYL A. HOWELL
United States District Judge