UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 23-cr-288 (BAH) |
| | : | |
| JOSEPH PASTUCCI | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Joseph Pastucci, by and through his attorney, respectfully submit this status report in response to the Court's September 4, 2024, order:

1. Following the United States Supreme Court's decision in *Fischer v. United States*, 630 U.S. ___, 144 S. Ct. 2176 (June 28, 2024), the parties have reached an agreement to resolve this case without a trial.

2. The defendant has agreed to plead guilty to a violation of 18 U.S.C. § 111(a)(1) and waive certain rights as set forth in the plea agreement.

3. Procedurally, at the change of plea hearing, the government will move to vacate the results of the April 26, 2024, stipulated bench trial where the Court convicted the defendant on all counts of the indictment. The defendant consents to this vacatur because, following *Fischer*, 603 U.S. ___, 144 S. Ct. 2176, he wishes to proceed with a plea resolution to this case rather than pursue an appeal of his conviction on Count One. The defendant acknowledges that there was sufficient evidence for the Court to convict him of all the counts on the indictment at the stipulated bench trial based on the legal instructions agreed to by the parties prior to trial. *See United States v. Reynoso*, 38 F.4th 1083, 1091 (D.C. Cir. 2022) (noting that a defendant cannot make out a sufficiency challenge as to offense

elements that the government had no requirement to prove at trial under then-prevailing law).

4. The parties request that the Court schedule a change of plea hearing at the Court's convenience for the dates of September 30, October 17, or October 24.

Respectfully submitted,

|  |  |
|---|---|
| MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052<br><br>By: */s/ Sean P. McCauley*<br>SEAN P. McCAULEY<br>New York Bar No. 5600523<br>Assistant United States Attorney<br>United States Attorney's Office<br>For the District of Columbia<br>601 D Street NW<br>Washington, DC 20530<br>Sean.McCauley@usdoj.gov<br><br>*/s/ Sean J. Brennan*<br>SEAN J. BRENNAN<br>Assistant United States Attorney<br>NY Bar No. 5954128<br>601 D Street NW<br>Washington, DC 20530<br>Sean.Brennan@usdoj.gov<br>(202)252-7125 | JOSEPH PASTUCCI<br><br>By:  */s/Stephanie L. Cesare*<br>STEPHANIE L. CESARE<br>Pennsylvania Bar. No. 308102<br>Abom & Kutulakis, LLP<br>2 West High Street<br>Carlisle, PA 17013<br>(717)249-0900<br>slc@abomkutulakis.com |